IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

ARRAIGNMENT & CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** v. RAYJUAN KEON VARNER, **Defendant** | **COURT MINUTES** BEFORE: The Hon. Paul A. Magnuson, U.S. District Judge |

| | |
|---|---|
| Case No: | 24-cr-313(3) (PAM/DJF) |
| Date: | February 5, 2026 |
| Court Reporter: | Erin Drost |
| Courthouse: | Saint Paul |
| Courtroom: | 7D |
| Time Commenced: | 11:05 a.m. |
| Time Concluded: | 11:25 a.m. |
| Time in Court: | 20 minutes |

**APPEARANCES:**

**For Plaintiff:** Brad Endicott, AUSA
**For Defendant:** John Leunig, RET

**PROCEEDINGS:**

X **ARRAIGNMENT**

X **PLEA AGREEMENT:**

- X  Guilty as to Count 1 of the Indictment.
- X  Remaining counts to be dismissed at sentencing.
- X  Preliminary Presentence Investigation Report ordered and due on or before March 20, 2026.
- X  Defendant to remain on bond according to present terms and conditions.

Dated: February 5, 2026                              *s/Nikki Scherek*
                                                      Courtroom Deputy
                                                      To The Hon. Paul A. Magnuson