**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**SENTENCING HEARING**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES** |
| | ) | |
| **Plaintiff,** | ) | BEFORE:   The Hon. Paul A. Magnuson |
| | ) | U.S. District Judge |
| **v.** | ) | |
| | ) | |
| **RAYJUAN KEON VARNER,** | ) | Case No:   24-cr-313(3) (PAM/DJF) |
| | ) | Date:   May 12, 2026 |
| **Defendant** | ) | Court Reporter:   Rachel Braun |
| | ) | Courthouse:   Saint Paul |
| | ) | Courtroom:   Edward J. Devitt |
| | ) | Time Commenced:   11:30 a.m. |
| | ) | Time Concluded:   11:45 a.m. |
| | ) | Time in Court:   15 minutes |

**APPEARANCES:**

**For Plaintiff:**   Dane Brock, AUSA
**For Defendant:** John Leunig, RET

**PROCEEDINGS:**

X Sentencing

**IT IS ORDERED**:

Defendant is sentenced to:

| Count No. | Plea | Probation |
|---|---|---|
| 1 | X | 2 years |

X   Defendant sentenced to pay:

    X   Special Assessment in the amount of $100.00.

    X   Fine in the amount of $1,000.00.

X   See J&C for Special Conditions.

X   Remaining count dismissed on the motion of the United States.

Dated: May 12, 2026                                                      *s/Nikki Scherek*
                                                                      Courtroom Deputy
                                                                      To The Hon. Paul A. Magnuson